UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

THE SCAN GROUP, INC.,

    Plaintiff,

  v.                                   Case No.: 20-CV-1187

JACOB JENSEN, *et al.*

    Defendant

---

## STIPULATION FOR PARTIAL DISMISSAL

---

Plaintiff, The Scan Group, Inc., and CLIF Bar & Co., a defendant herein, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this matter may be dismissed with prejudice and without costs as to solely, CLIF Bar & Co.

Dated this 3rd day of March, 2021

| | |
|---|---|
| *s/ David M. Potteiger* | *s/ Trent M. Johnson* |
| James A. Walcheske, SBN 1065635 | Trent M. Johnson, SBN 1056289 |
| Scott S. Luzi, SBN 1067405 | Nathan D. Imfeld, SBN 1092932 |
| David M. Potteiger, SBN 1067009 | |
| | |
| WALCHESKE & LUZI, LLC | FOLEY & LARDNER LLP |
| 235 N. Executive Drive, Suite 240 | 777 E. Wisconsin Avenue |
| Brookfield, Wisconsin 53005 | Milwaukee, Wisconsin 53202 |
| | |
| Telephone: (262) 780-1953 | Telephone: (414) 271-2400 |
| | |
| Email: jwalcheske@walcheskeluzi.com | Email: tjohnson@foley.com |
| Email: sluzi@walcheskeluzi.com | Email: nimfeld@foley.com |
| Email: dpotteiger@walcheskeluzi.com | |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |